# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:01CR164 |
| Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| - vs - | ) | |
| | ) | **O R D E R** |
| LEON PLUMMER | ) | |
| Defendant. | ) | |

This matter was heard on May 15, 2006, upon the request of the probation office for a finding that the defendant had violated the conditions of his probation. The defendant was present and represented by counsel. The Court hereby adopts the report and recommendation of Magistrate Baughman finding that defendant has knowingly and voluntarily admitted he violated the conditions of his supervised release. The Court finds that the terms of the defendant's supervised release have been violated as follows:

>Law Violation - On November 12, 2004, the offender was arrested by Marion, Ohio Police Department for Possession of Crack Cocaine.

>Superseding Violation : On February 19, 2005, Leon F. Plummer entered a plea of guilty to Count 1, Possession of Cocaine, a 4th Degree felony, and Count 2, Tampering with Evidence, a 3rd Degree felony.

Therefore, the defendant is committed to the custody of the Bureau of Prisons for a period of eight (8) months with credit for time served since April 13, 2006.

Further, upon release from imprisonment, supervised release shall commence for a period of 2 years with the same conditions imposed in the previous supervised release term.

The defendant is remanded to the custody of the United States Marshal, Akron, Ohio.

IT IS SO ORDERED.

Date: May 15, 2006                         s/John R. Adams
                                           JOHN R. ADAMS
                                           UNITED STATES DISTRICT JUDGE